IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA B. HALL, | : | CIVIL ACTION |
| | : | NO. 14-2257 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **6th** day of **July, 2015,** for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED:**

(1) Defendant's Motion for Summary Judgment (ECF No. 31) is **DENIED;** and

(2) The case is **DISMISSED** without prejudice.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

1